PILLSBURY WINTHROP SHAW PITTMAN LLP
David J. Tsai (SBN 244479)
  david.tsai@pillsburylaw.com
Surui Qu (SBN 332105)
  surui.qu@pillsburylaw.com
John Steger (SBN 341299)
  john.steger@pillsburylaw.com
Nathan J. Wexler (SBN 351850)
  nathan.wexler@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:   415.983.1000
Facsimile:    415.983.1200

Counsel for Plaintiffs
*SINBON Ohio LLC and*
*Jiangyin SINBON Electronics Co., Ltd.*

WILK AUSLANDER LLP
David Partida (State Bar No. 304996)
825 Eighth Avenue, 29th Floor
New York, NY  10019
Telephone: (212) 981-2313
Email:  dpartida@wilkauslander.com

Counsel For Defendants
*SMTC Manufacturing Corporation of*
*California, SMTC Corporation,*
*and SMTC Mex Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINBON OHIO LLC and JIANGYIN SINBON ELECTRONICS CO., LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>SMTC MANUFACTURING CORPORATION OF CALIFORNIA, SMTC CORPORATION, and SMTC MEX HOLDINGS, INC.,<br><br>Defendants. | Case No. 25-cv-08058-AMO<br><br>**JOINT STIPULATION TO STAY CASE**<br><br>Judge Araceli Martínez-Olguín |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs SINBON OHIO LLC and JIANGYIN SINBON ELECTRONICS CO., LTD. ("Plaintiffs") and Defendants SMTC MANUFACTURING CORPORATION OF CALIFORNIA, SMTC CORPORATION, and SMTC MEX HOLDINGS, INC. ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, as follows:

**WHEREAS**, Plaintiffs filed their Complaint on September 22, 2025 and Defendants filed their Answer on November 26, 2025.

**WHEREAS**, on January 29, 2026, Judge Martínez-Olguín held an initial case management conference and ordered the Parties to meet and confer regarding the selection of a magistrate judge for a settlement conference and to submit a joint notice.

**WHEREAS**, on February 12, 2026, the Parties submitted a joint notice regarding the selection of a magistrate judge for the purposes of conducting a settlement conference.

**WHEREAS**, on February 17, 2026, Judge Martínez-Olguín referred the parties to Magistrate Judge Krishnan for a settlement conference.

**WHEREAS**, on March 6, 2026, the parties attended a pre-settlement scheduling conference before Judge Krishnan at which Judge Krishnan ordered the Parties to confer on a date for the settlement conference.

**WHEREAS**, that Settlement Conference is scheduled to be completed on April 17, 2026.

**WHEREAS**, the Parties agree that no prejudice will result from a stay, and that good cause exists for a stay based upon the stipulations stated above.

**THEREFORE**, in light of the foregoing, the Parties stipulate and agree as follows:

1. This case shall be stayed in its entirety through and including April 17, 2026.

2. This stipulation may be executed in counterparts, and a fax or e-mail copy may be used in lieu of the original for any and all lawful purpose.

GRANTED

*Araceli Mart[signature]*

Judge Araceli Martínez-Olguín

DATED: 3/20/2026

1